# Order

**Lansing, Michigan**

August 31, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158339(34)

WESTON RAYFIELD, f/k/a GARY
SATTERFIELD,
   Plaintiff-Appellant,

v

STATE OF MICHIGAN – ONE COURT OF
JUSTICE, 61ST DISTRICT COURT, and
63RD DISTRICT COURT,
   Defendants-Appellees.

SC: 158339
COA: 340886
Ct of Claims: 17-000133-MM

_____/

  On order of the Chief Justice, the motion of plaintiff-appellant to waive fees is
GRANTED as to this case only.



  I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

   August 31, 2018



          Clerk